# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jessica Perez<br>DEFENDANT(S). | CASE NUMBER<br>CR 10-351-CAS (28)<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __4-27-10__, _____, at __10:30__ ☒a.m. / ☐p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
          (Other custodial officer)

Dated: __4/23/10__                    __[signature]__
                                      U.S. District Judge/Magistrate Judge

CR-66 (10/97)         ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT            Page 1 of 1